ACCEPTED
01-15-00436-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 11:02:24 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00436-CV

_____

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 11:02:24 AM
CHRISTOPHER A. PRINE
Clerk

_____

THE CITY OF FRIENDSWOOD AND KEVIN HOLLAND,
*Appellants*,

*v.*

PAUL AND CAROLYN HORN, MIKE AND LUCY STACY, PETE AND JUDY
GARCIA AND JANICE FRANKIE
*Appellees*.

_____

On Appeal from the 212th Judicial District Court
of Galveston County, Texas
Trial Court No. 14-CV-0490

_____

**APPELLANTS, CITY OF FRIENDSWOOD'S
AND KEVIN HOLLAND'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, City of Friendswood and Kevin Holland, pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), request this Court to extend the time to file its Appellants' brief in this cause for fourteen (14) days, until July 15, 2015 and would show as follows:

## CERTIFICATE OF CONFERENCE

Appellants' counsel conferred with Appellees' counsel, James T. Sunosky, on June 30, 2015. Appellees stated they are unopposed to the extension Appellants request herein.

## REQUEST FOR EXTENSION

1.   On April 20, 2015, the 212th Judicial District Court of Galveston County, Texas, signed an Order denying City of Friendswood, Texas's Plea to the Jurisdiction and Motion to Dismiss in Cause Number 14-cv-0490; *Paul and Carolyn Horn, Mike and Lucy Stacy, Pete and Judy Garcia and Jancie Frankie v. The City of Friendswood and Mayor Kevin M. Holland.*

2.   Appellants filed a timely notice of interlocutory appeal on or about May 8, 2015.  The clerk's record was filed on May 15, 2015.

3.   On June 11, 2015 the First District Court of Appeals issued the deadline for Appellants to file their brief, on or before July 1, 2015.

4.   Appellants' ask for an extension of fourteen days to file their brief which, with the extension, would be due on July 15, 2015.[1] No prior extensions have been granted.  The extension is needed due to counsel for Appellants' heavy trial schedule and otherwise heavy docket in late May and throughout June, and out of state travel for many days during the past month.

---

[1]   Appellants' previously requested an extension based upon a misunderstanding as to the deadline for their brief.  That motion was denied as moot.

5.      Appellants have been diligently undertaking preparation of their brief which addresses the numerous claims and theories pled by Appellees.  However, as a result of these conflicting obligations and others, Appellants need additional time to file their brief.  Accordingly, Appellants respectfully request an extension of time to file Appellants' brief up to, and including, July 15, 2015.

8.      Appellants seek this extension not for delay, but to allow counsel sufficient time to prepare a concise brief to assist with the Court's decision making based on a known clerk's record.  Appellants do not foresee the need for any additional extensions.

**PRAYER**

For the reasons above Appellants, City of Friendswood and Kevin Holland, pray that the Court grant their unopposed motion and extend the time to file their brief by fourteen (14) days, up to and including, Wednesday, July 15, 2015.

Respectfully submitted,

*/s/ Charles T. Jeremiah*
William S. Helfand
Attorney-in-Charge
SBOT No. 09388250
bill.helfand@chamberlainlaw.com
Charles T. Jeremiah
SBOT No. 00784338
charles.jeremiah@chamberlainlaw.com
ATTORNEYS FOR APPELLANTS

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002-4401
(713) 654-9630
(713) 658-2553 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellants' Motion for Leave to Extend Time to File Appellants' Brief has been served via CM/ECF System and/or by certified mail, return receipt requested, on this 30th day of June, 2015 to:

Aaron Pool
James T. Sunosky
Donato Minx Brown & Pool, PC
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027

*/s/ Charles T. Jeremiah*

4